UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------

THOMAS B. SIMCOE,
Plaintiff,

v.

LT. TIMOTHY GRAY, NTPD,
OFFICER JEFFERY SMITH, NTPD,
OFFICER KEITH GLASS, NTPD,
Defendants.
-------------------------------------------------x

NOTICE OF MOTION FOR
CONTEMPT
Civ. No. 10-CV-6531Fe

Plaintiff moves the Court for an Order against FBI Special Agent Laurie Bennett for contempt of this Court upon the grounds set forth in the affidavit of Thomas B. Simcoe, attached and made a part of this motion.

If the person upon whom service is made fails to comply with the subpoena and makes no objections, the party serving the subpoena may act pursuant to Rule 45(f) and initiate a motion for contempt. Or in the alternative the Court may construe this motion as a motion for an Order to produce the documents requested in the subpoena deuces tecum, Rule 45(c). (Copy of subpoena is attached).

Date: Aug 19, 2011

_____ Pro Se
Thomas B. Simcoe #09B0277
Attica CF
Box 149
Attica, New York 14011-0149

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------x

THOMAS B. SIMCOE,
Plaintiff,
    v.

LT. TIMOTHY GRAY, NTPD,
OFFICER JEFFERY SMITH, NTPD,
OFFICER KEITH GLASS, NTPD,
Defendants.

-------------------------------------------------x

AFFIDAVIT IN SUPPORT OF
MOTION FOR CONTEMPT
Civ. No. 10-CV-6531Fe

State of New York)
County of Wyoming):

I, Thomas B. Simcoe having first been duly sworn, deposes and says:

1. That a Court issued subpoena was served on FBI Special Agent Laurie Bennett by registered mail. It was signed for but the receipt was not dated. The Court received the return receipt on July 25, 2011. See attached copies.

2. That as of this date, August 19, 2011 no objection nor any reply has been received by the plaintiff in response to this subpoena. The subpoena required production of the documents "within 21 days after service."

3. That the subpoenas were properly served and the defendants were served with copies of both subpoenas. An affidavit of service was sent with the subpoenas to the court clerk. The other subpoena was for service on the Niagara County D. A. Michael Violante.

4. That the defendants only objected to the subpoena served on the Niagara County District Attorney. No objection was received concerning the subpoena directed to Special Agent Bennett.

5. That a motion to compel the DA for production has been filed with the Court.

**WHEREFORE,** the Plaintiff prays that an Order be issued for contempt or in the alternative an Order compelling the production of these relevant and material documents.

Sworn to before me this 19 day of August, 2011.

_____
Notary Public
GARY E. C...
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION No. 01GR6128989
QUALIFIED IN ERIE COUNTY
My Commission Expires May 19, 20_-/3

_____ Pro Se
Thomas B. Simcoe #09B0277
Attica CF
Box 149
Attica, New York 14011-0149

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Thomas B. Simcoe 09B0277 | 6:10-CV-06531(JWF) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Lt. Gray, Ofcs. Smith, and Glass NTPD | Subpoena |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Special Agent Laurie Bennett, FBI (Buffalo Office)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 FBI Plaza
Buffalo, NY 14202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Thomas Simcoe 09B0277
Attica CF
Box 149
Attica, NY 14011-0149

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FBI - Buffalo Office

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Thomas B. Simcoe
TELEPHONE NUMBER:
DATE: 7/14/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 55 | 55 | Mary Childress, Adm. Sup. Asst | 07-21-11 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: Not dated
Time: — am/pm

Signature of U.S. Marshal or Deputy: M Childress

Postage

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $8.00 | $5.59 | -0- | $13.59 | -0- | 0 | 0 |

**REMARKS:**
07-21-2011: mailed Certified Return Receipt # 7009 1680 0000 8024 4635.
07-25-2011: Certified RR. Rec. Card was received at USMS but NOT dated; Signed by Maryann Wyman (?).

**NOTE**

PRIOR EDITIONS MAY BE USED
**3. NOTICE OF SERVICE**
FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Maureen Smythe* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   Date of Delivery |
| 1. Article Addressed to:<br>F.B.I. - to be FORWARDED:<br>ATTN: S/A Laurie Bennett<br>1 FBI Plaza<br>Buffalo, N.Y. 14202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 1680 0000 8674 4635 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| SIMCOE, <br> *Plaintiff* <br> v. <br> GRAY, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 10-cv-6531 <br> ) <br> ) (If the action is pending in another district, state where: ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Special Agent Laurie Bennett FBI (Buffalo Office)
1 FBI Plaza
Buffalo, NY 14202

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Any investigation and interview notes, e-mails, letters pertaining to Thomas Simcoe's formal complaint to your office against North Tonawanda PD officers Lt. Gray, ofcs. Jeffrey Smith + Keith Glass (2007-2008 time frame). Any other documentation relating to complaints against these officers. Form requested is paper documentation. Send relevant documents to:

| Place: Thomas Simcoe 09B0277 <br> Attica CF <br> Box 149 <br> Attica, NY 14011-0149 | Date and Time: Comply within 21 days after service |
|---|---|

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   03/21/2011

CLERK OF COURT

OR

_____            _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Thomas Simcoe, Pro Se, who issues or requests this subpoena, are:
Thomas Simcoe 09B0277
Attica CF
Box 149
Attica, NY 14011-0149

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
COUNTY OF WYOMING) S.S.:

I, Thomas Simcoe being duly sworn, depose and says:

that on the below indicated date of notarization, I served

true and accurate copies of the attached/enclosed:

to the following person(s) at the following address(es):

Webster Szanyi LLP
Mr. Grancy or
Ms. Parzynieso
1400 Liberty Building
Buffalo, NY 14202

and

FBI
Special Agent Laurie Bennett
1 FBI Plaza
Buffalo, NY 14202

by sealing the same in a properly addressed, postage prepaid

wrapper and by depositing same in a mailbox at the Attica

Correctional Facility to be mailed via United States mail.

_____
Attica Correctional Facility
Post Office Box 149
Attica, New York 14011-0149

Subscribed and sworn to before me this

19 day of AUG, 2011

_____
Notary Public

GARY E. GRIFFIN
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION No. 01GR6120000
QUALIFIED IN ERIE COUNTY
My Commission Expires May 10, 2013